```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 07733
   ANNETTE C FENCL
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-9258


--------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/28/07 .

     2.  The case was dismissed without confirmation, 09/20/2007.

     3.  The Debtor paid a total of $   3630.00 .

--------------------------------------------------------------------------------
CREDITOR NAME                CLASS              CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                     PAID           PAID
--------------------------------------------------------------------------------
NEW CENTURY MORTGAGE         CURRENT MORTG            .00              .00            .00
NEW CENTURY MORTGAGE         MORTGAGE ARRE      NOT FILED              .00            .00
ADVANCE AMERICA              UNSECURED          NOT FILED              .00            .00
ASPEN                        UNSECURED          NOT FILED              .00            .00
NATIONAL ASSET RECOVERY      UNSECURED          NOT FILED              .00            .00
ASPIRE VISA                  UNSECURED          NOT FILED              .00            .00
AURORA EMERGENCY ASSOC       UNSECURED          NOT FILED              .00            .00
CREDIT PROTECTION ASSOC      UNSECURED          NOT FILED              .00            .00
COMED                        UNSECURED          NOT FILED              .00            .00
DREYER MEDICAL CLINIC        UNSECURED          NOT FILED              .00            .00
ICS INC                      UNSECURED          NOT FILED              .00            .00
MCS                          UNSECURED          NOT FILED              .00            .00
EMERGENCY TREATMENT SC       UNSECURED          NOT FILED              .00            .00
FIRST PREMIER BANK           UNSECURED          NOT FILED              .00            .00
HMS                          UNSECURED          NOT FILED              .00            .00
FIRST FINANCIAL ASSET MG     UNSECURED          NOT FILED              .00            .00
INTERNAL REVENUE SERVICE     UNSECURED          NOT FILED              .00            .00
LOU HARRIS                   UNSECURED          NOT FILED              .00            .00
MEDICAL COLLECTION SERVI     UNSECURED          NOT FILED              .00            .00
TRS RECOVERY SERVICES        UNSECURED          NOT FILED              .00            .00
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS              CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                     PAID           PAID
--------------------------------------------------------------------------------
NICHOLAS OLMSTEAD            UNSECURED          NOT FILED              .00            .00
NICOR GAS                    UNSECURED          NOT FILED              .00            .00
ROLLINS SERVICE BUREAU       UNSECURED          NOT FILED              .00            .00
PAYDAY LOAN                  UNSECURED          NOT FILED              .00            .00
PROVENA MERCY                UNSECURED          NOT FILED              .00            .00
PELLETTIERI & ASSOC          UNSECURED          NOT FILED              .00            .00
RUSH COPLEY HOSPITAL         UNSECURED          NOT FILED              .00            .00
SOUTH PARK FIRE PROT DIS     UNSECURED          NOT FILED              .00            .00
BUREAUS                      UNSECURED          NOT FILED              .00            .00
```

```
TRIBUTE BANK                UNSECURED         NOT FILED              .00          .00
CHECK PLUS SYSTEM           UNSECURED         NOT FILED              .00          .00
CHEX SYSTEM                 UNSECURED         NOT FILED              .00          .00
       Summary of disbursements:
-----------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00           .00          .00           .00
PRINCIPAL PAID         .00          .00           .00          .00           .00
INTEREST PAID          .00          .00           .00          .00           .00
TOTAL PAID             .00          .00           .00          .00           .00
```

The Debtor's attorney, GARY L SHILTS            , was allowed $      .00
and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $   3630.00 .

　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/19/07                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE


                         PAGE   2
         CASE NO. 07 B 07733 ANNETTE C FENCL